# First District Court of Appeal
## State of Florida

_____

No. 1D17-2506
_____

MARY CAROLINE HIGGINS,
Former Wife,

      Appellant,

      v.

THOMAS N. BROWN, Former
Husband,

      Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

March 29, 2018

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, C.J., and OSTERHAUS and M.K. THOMAS, JJ.,
concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Shannon L. Novey, Christin F. Gonzalez, and Jerome M. Novey of Novey Law, Tallahassee, for Appellant.

Kyle S. Bauman and Matthew J. Ausley of Anchors Smith Grimsley, Fort Walton Beach, for Appellee.